CAREY v. DONOHUE. (Circuit Court of Appeals, Sixth Circuit. May 15, 1914.) No. 2621. Appeal from the District Court of the United States for the Southern District of Ohio. Morison R. Waite and John R. Schindel, both of Cincinnati, Ohio, for appellant. Willis G. Durrell and David Davis, both of Cincinnati, Ohio, for appellees. See, also, 209 Fed. 328.

PER CURIAM. Decree of the District Court affirmed.

---

GENERAL ELECTRIC CO. v. YOST ELECTRIC MFG. CO. (Circuit Court of Appeals, Sixth Circuit. May 12, 1914.) No. 2528. Appeal from the District Court of the United States for the Northern District of Ohio. Samuel O. Edmonds, of New York City, Julian H. Tyler, of Toledo, Ohio, and Waite & Schindel, of Cincinnati, Ohio, for appellant. Robert H. Parkinson, of Chicago, Ill., and Owen & Owen, of Toledo, Ohio, for appellee. For opinion below, see 208 Fed. 719.

PER CURIAM. Appeal dismissed, pursuant to stipulation of counsel.

---

MANNHEIM INS. CO. OF MANNHEIM, GERMANY, v. THOMAS. (Circuit Court of Appeals, Fifth Circuit. April 7, 1914.) No. 2579. Appeal from the District Court of the United States for the Eastern District of Louisiana; Rufus E. Foster, Judge. Suit in admiralty by A. G. Thomas against the Mannheim Insurance Company of Mannheim, Germany. Decree for libelant, and respondent appeals. Affirmed. J. Esmond Phelps, of New Orleans, La., for appellant. John D. Grace, of New Orleans, La., for appellee. Before PARDEE, Circuit Judge, and NEWMAN and GRUBB, District Judges.

PER CURIAM. Considering the evidence in the record in the light of the intelligent and exhaustive briefs submitted by the proctors, we find the Reliance was seaworthy, and that the warranty as to watchman was substantially complied with. On the much contested and vital question as to whether the Reliance was lost through "the unavoidable dangers of rivers" we find that the preponderance of the evidence as to the probable cause and actual manner of the sinking of the Reliance is in favor of the libelant's contention, as set forth in the eighth article of his libel, and shows such a state of facts that we are compelled to hold that the loss was caused by an unavoidable danger of the river within the meaning of the policy of insurance. The District Judge who tried the case in a very clear opinion, recapitulating and analyzing all the evidence, reached the above conclusions. The case was correctly decided in the District Court, and the decree appealed from is affirmed.

---

METROPOLITAN BANK et al. v. SINNOTT. (Circuit Court of Appeals, Fifth Circuit. April 18, 1914.) No. 2608. Appeal from the District Court of the United States for the Eastern District of Louisiana. In the matter of James B. Sinnott, alleged bankrupt. From an order dismissing the petition, the Metropolitan Bank and other petitioners appeal. Affirmed. Dinkelspiel, Hart & Davey, McCloskey & Benedict, and Denegre, Leovy & Chaffe, all of New Orleans, La., for appellants. P. M. Milner, of New Orleans, La., and E. N. Pugh, for appellee. Before PARDEE and SHELBY, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. This is an appeal from an order of the District Court declining to adjudge James B. Sinnott an involuntary bankrupt. A majority of the court find no error in the record, and the order of the trial court is therefore affirmed.